AO 442 (Rev. 01/09) Arrest Warrant

26-mj-5003

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>**Bradley J. Cole**<br>*Defendant* | )<br>)<br>) Case No. 4:24-mj-1122-RJ<br>)<br>) |

**FILED** JAN – 6 2026 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## BENCH ARREST WARRANT

**RECEIVED** By USMS-E/NC at 11:59 am, Dec 26, 2024

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Bradley J. Cole**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Defendant, having been charged with operating a motor vehicle off roads in violation of 36 CFR § 261.56 and causing resource damage with vehicle in violation of 36 CFR § 261.15(h), failed to either pay $335.00 in forfeiture and processing fees to the Central Violations Bureau or appear in court for his initial appearance on 6/12/24, 8/14/24 and 12/11/24.

Date: 12/11/2024

*Issuing officer's signature*

City and state: New Bern, North Carolina

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# United States District Court
## Violation Notice

| CVB Location Code | EC70 |
|---|---|

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAZY011W | Barnett | 2025 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 02/24/2024 13:43 | FED 36 CFR 261.56 |

FAZY011W

**Place of Offense**
CATFISH LAKE POWERLINES

**Offense Description: Factual Basis for Charge**
36 CFR 261.56 - VEHICLE OFF ROADS

HAZMAT ☐

FILED
DEC 11 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY BC
_____ DEP CLK

4:24-mj-1122-RJ

Count 1

**DEFENDANT INFORMATION**    Phone: (585)4563828

| Last Name | First Name | M.I. |
|---|---|---|
| COLE | BRADLEY | J |

**Street Address**
BARRACKS G703

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| CAMP GIEGER | NC | 28540 | 10/13/2004 |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| 859848794 | ☐ | NY | |

[X] Adult  [ ] Juvenile   Sex [X] M [ ] F

| Race | Hair | Eyes | Height | Weight |
|---|---|---|---|---|

**VEHICLE**   VIN:                                           CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| RSV0362 | TX | 2011 | DODG/2500 DIESEL | ☐ | SIL |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 125.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 155.00 | Total Collateral Due |

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 413 Middle Street, New Bern, North Carolina 28560 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FAZY011W

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __02/24/2024__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

Pursuant to 16USC 551: While patrolling on Catfish Lake within the Croatan National Forest, I, US Forest Service Law Enforcement Officer S. Barnett came into contact with Bradley Cole who had driven his vehicle off Catfish Lake Road into the power line right of way near Middle Road. He and several of his friends drove through the wet soil. Due to his illegal actions the land and vegetation was damaged.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __02/24/2024__   *S.C. Barnett*
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

## United States District Court
### Violation Notice

**CVB Location Code:** EC70

**Violation Number:** FAZY011X
**Officer Name:** Barnett
**Officer No.:** 2025

FAZY011X

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 02/24/2024 13:43
**Offense Charged:** FED 36 CFR 261.15H

**Place of Offense:** CATFISH LAKE POWERLINES

**Offense Description: Factual Basis for Charge**
36 CFR 261.15H - VEHICLE DAMAGE - RESOURCE

HAZMAT ☐

*Count 2* (handwritten)

### DEFENDANT INFORMATION

**Phone:** (585)4563828
**Last Name:** COLE
**First Name:** BRADLEY
**M.I.:** J

**Street Address:** BARRACKS G703
**City:** CAMP GIEGER
**State:** NC
**Zip Code:** 28540
**Date of Birth (mm/dd/yyyy):** 10/13/2004

**Drivers License No.:** 859848794
**CDL:** ☐
**D.L. State:** NY

☒ Adult ☐ Juvenile   **Sex:** ☒ M ☐ F

### VEHICLE

**Tag No.:** RSV0362
**State:** TX
**Year:** 2011
**Make/Model:** DODG/2500 DIESEL   PASS
**Color:** SIL
CMV ☐

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 150.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| **PAY THIS AMOUNT** $ 180.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 413 Middle Street, New Bern, North Carolina 28560
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

---

FILED
DEC 11 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

4:24-mj-1122-RJ (handwritten)

FAZY011X

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __02/24/2024__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

Pursuant to 16USC 551: While patrolling on Catfish Lake within the Croatan National Forest, I, US Forest Service Law Enforcement Officer S. Barnett came into contact with Bradley Cole who had driven his vehicle off Catfish Lake Road into the power line right of way near Middle Road. He and several of his friends drove through the wet soil. Due to his illegal actions the land and vegetation was damaged.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __02/24/2024__  __S.C. Barnett__
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident